EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comité Asesor Permanente de Reglas de Procedimiento Criminal | 2018 TSPR 14<br><br>199 DPR ____ |

Número del Caso: EM-2018-02

Fecha: 5 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Comité Asesor Permanente de Reglas de Procedimiento Criminal | EM-2018-02 | Exoneración de los requisitos de educación jurídica continua |

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de febrero de 2018.

Mediante Resolución de 2 de febrero de 2017, EC-2017-01, reconstituimos el Comité Asesor Permanente de Reglas de Procedimiento Criminal (Comité Asesor), con la encomienda de revisar el Informe de Reglas de Procedimiento Penal (Informe de 2008), presentado en diciembre de 2008, dentro de un periodo de un año. In re Comité Rs. Proc. Criminal, 197 DPR 287 (2017). Recientemente, se extendió hasta el 15 de junio de 2018 el plazo concedido al Comité Asesor para descargar dicha encomienda. In re Comité Rs. Proc. Criminal, 2017 TSPR 206, 199 DPR ___ (2017).

El 13 de julio de 2017, el Comité Asesor, por conducto de varios de sus miembros, presentó una petición de exoneración de los requisitos de educación jurídica continua en conformidad con la Regla 4(C)(8)(g) del Reglamento del Programa de Educación Jurídica Continua. In re Aprobación Reglamento PEJC, 2017 TSPR 91, 198 DPR ___ (2017). La petición se fundamentó en la naturaleza de los trabajos encomendados que exige de sus miembros un estudio minucioso de la normativa jurídica vigente en materia penal, tanto a nivel sustantivo como procesal y del ordenamiento probatorio. El plan riguroso de trabajo fijado por el Comité Asesor para

actualizar el Informe de 2008 también requirió celebrar múltiples reuniones en las cuales rinden sus servicios *ad honorem.*

Examinada la petición presentada, y en reconocimiento del compromiso y la dedicación en la investigación, análisis y redacción de la encomienda ante su consideración, se le concede a los y las miembros del Comité Asesor una exoneración del requisito de educación jurídica mientras dure su designación. Se instruye a la directora del Secretariado de la Conferencia Judicial y Notarial a notificar al director del Programa de Educación Jurídica Continua cuando cesen las funciones del Comité Asesor.

Notifíquese por correo electrónico al director del Programa de Educación Jurídica Continua, a la directora del Secretariado de la Conferencia Judicial y Notarial, y a los y las miembros del Comité Asesor.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

                                  Juan Ernesto Dávila Rivera
                                  Secretario del Tribunal Supremo